UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose LOMBERA–CAMORLINGA,
Defendant–Appellant.

United States of America,
Plaintiff–Appellee,

v.

Jose Oropeza–Flores, Defendant–
Appellant.

Nos. 98–50347, 98–50305.

United States Court of Appeals,
Ninth Circuit.

Oct. 1, 1999.

ORDER

HUG, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that these cases be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion, *United States v. Lombera–Camorlinga,* 170 F.3d 1241 (9th Cir.1999), and the three-judge memorandum decision, *United States v. Oropeza–Flores,* No. 98–50305,

1999 WL 195621 (9th Cir. Mar. 31, 1999), are withdrawn.